UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERBIN KEMP,

                     Plaintiff,

-against-

A & J PRODUCE CORPORATION,

                     Defendant.
-----------------------------------------------------------------X

JUDGMENT
00-CV-6050 (ERK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ June 10 2005 ★
BROOKLYN OFFICE

A Corrected Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on June 7, 2005, granting defendant's motion for summary judgment; and denying defendant's motion to dismiss the complaint for defects in service; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted; and that defendant's motion to dismiss the complaint for defects in service is denied.

Dated: Brooklyn, New York
         June 07, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court